**Shaw v. Alston & Bird LLP**
**Addenda to Complaint**

Addendum to Section III.E (Facts of Case)

Addendum to Section IV.B (Notice of Right to Sue Letter)

## Addendum to Section III.E (Facts of Case)

1. Plaintiff was employed as a Senior Technical Adviser (GS 15, step 10) at the US Department of Health and Human Services (HHS) in Washington DC and Baltimore, MD.

2. Plaintiff interviewed for an open ERISA Counsel position at Defendant's office in Washington, DC. The interviews took place at Defendant's main office in Atlanta, GA on April 16, 2019, and by telephone from Plaintiff's office on April 17, 2019. Plaintiff is a visibly identifiable Orthodox Jew and was 61 years old at the time.

3. A partner at Defendant (Partner 1) asked numerous questions about Plaintiff's religion, family status, and children's schooling. As there was no video hookup, Partner 1 had to have found out about Plaintiff's religion from other partners and lawyers that met with Plaintiff personally.

4. Another partner (Partner 2) asked Plaintiff questions that were a proxy for age.

5. In late June 2019, a partner and counsel called Plaintiff for technical advice which Plaintiff and a colleague at HHS provided in early July 2019.

6. Plaintiff had intermittent contact with certain of the individuals he met during the interviews in the following months, but they did not provide clear advice on the status of his candidacy.

7. Plaintiff received an offer of employment from his current employer and emailed Defendant on April 1, 2020.

8. On April 7, 2020, Defendant sent a general rejection letter by email.

9. Plaintiff checked Defendant's website to see if they had hired for the ERISA Counsel position. In the summer or fall of 2019, Defendant hired a different attorney who according to the website was a full-time employee.

10. This attorney Defendant hired was substantially younger than Plaintiff, was not an Orthodox Jew, and was less qualified based on objective factors such as education and experience.

11. Plaintiff filed a charge with the EEOC on October 18, 2020.

**Addendum to Section IV.B (Notice of Right to Sue Letter)**

EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Mr. Adam M. Shaw**
**3016C Fallstaff Road**
**BALTIMORE, MD 21209**

From: **Baltimore Field Office**
**31 Hopkins Plaza, Suite 1432**
**Baltimore, MD 21201**

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **570-2020-02563** | **GEORGE COLLINS, Investigator** | **(410) 801-6697** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

***Age Discrimination in Employment Act (ADEA):*** *You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA* ***must be filed in federal or state court WITHIN 90 DAYS*** **of your receipt of this Notice.* Otherwise, your right to sue based on the above-numbered charge will be lost.*

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that* ***backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Dilip Gokhale
03/02/2023

**Dilip Gokhale**
**Director**

Enclosures(s)

cc: **Michael G Stephens**
**ALSTON & BIRD**
**1201 W. Peachtree Street**
**Atlanta, GA 30309**

**Glenn Patton**
**1201 W. Peachtree Street**
**Atlanta, GA 30309**